IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:11cr3-SPM-GRJ

JAMES ROBERT STRAIN,

    Defendant.

_____/

## ACCEPTANCE OF GUILTY PLEA

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, and subject to the Court's consideration of any Plea Agreement pursuant to Fed. R. Crim. P. 11(e)(2), the plea of guilty of the defendant, JAMES ROBERT STRAIN, to Count One of the information is hereby **ACCEPTED**. All parties shall appear before this Court for sentencing as directed.

DONE AND ORDERED this 4th day of March, 2011.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        Chief United States District Judge